PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Todd Michael Serbus**

**Docket No. 0:00CR00266-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Todd Michael Serbus** who was sentenced for Bank Fraud and Check Forgery on August 31, 2001, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Mental Health
- Do Not Frequent Bars
- Alcohol Restrictions
- Alcohol Treatment
- Substance Abuse Testing
- Restitution $178,661.92

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #6: The defendant shall pay restitution in the amount of $178,661.92 to The Teacher Federal Credit Union. Over the period of incarceration, the defendant shall make payments of either quarterly installments of a minimum of $25 if working non-UNICOR or a minimum of 50 percent of monthly earnings if working UNICOR. Payments of a minimum of $100 per month are to be made over a period of 5 years commencing 30 days upon release from confinement. The interest requirement is waived in accordance with 18 U.S.C. §3612(f)(3). Payments are to be made payable to the Clerk, U.S. District Court, for disbursement to the victim.

On October 4, 2005, the Financial Ligation Unit (FLU) of the U.S. Attorney's Office for the District of Minnesota sent a discovery request to the defendant for financial information. On November 10, 2005, FLU sent the defendant a letter stating their discovery requests were overdue, and the defendant was expected to provided the documents within the next 10 days. These documents have never been received by FLU.

The defendant did not make restitution payments between March and July 2006. On August 3, 2006, the U.S. District Court Clerk's Office received a $500 payment from the defendant. According to FLU, as of August 7, 2006, the defendant is still $250 in restitution arrearage.

STANDARD CONDITION #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

SCANNED
AUG 22 2006
U.S. DISTRICT COURT ST. PAUL

STANDARD CONDITION #3: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

STANDARD CONDITION #5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.

The defendant had not submitted written monthly reports or verification of employment since October 2005. On June 2, 2006, this officer left a letter at the defendant's home directing him to submit the monthly reports along with copies of his monthly bank account statements to verify his income by the end of June 2006. On August 15, 2006, monthly reports for October 2005 through June 2006 were finally provided to this officer.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 50 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 21st day of August 2006, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Lisa L. Martinetto
U.S. Probation Officer

Executed on August 17, 2006
Place St. Paul

c: United States Sentencing Commission