RECEIVED
AUG 27 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-266 PAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TODD M. SERBUS,<br>Defendant,<br>and<br>J.D. DONOVAN, INC.,<br>Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Todd M. Serbus, Social Security Number, XXX-XX-6042, with the last known address of XXXXXX, Redwood Falls, MN 56283.

The judgment was entered on August 31, 2001, for monetary impositions. The judgment was entered in the amount of $179,261.92. As of August 15, 2008, after applying payments, if any, the balance on this judgment debt was $173,185.92 in principal.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

SCANNED
AUG 27 2008
U.S. DISTRICT COURT ST. PAUL

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: J.D. Donovan, Inc., 7805 County Road 75, St. Cloud, MN 56301

Dated: August 21, 2008

FRANK J. MAGILL, JR.
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600